

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00254-CV

| | | |
|---|---|---|
| MERYL DESHA GUNN, Appellant | § | On Appeal from the 431st District Court |
| | § | of Denton County (23-4644-431) |
| V. | § | May 16, 2024 |
| SANDALWOOD MANAGEMENT INC., c/o COUNTRY PARK APTS, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
    Justice Brian Walker